```
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       CENTRAL DISTRICT OF CALIFORNIA
10
11
12  DIONISIO CASTRO,                )    No. CV 09-1812-PA(CW)
                                    )
13             Petitioner,          )    JUDGMENT
                                    )
14         v.                       )
                                    )
15  JAMES SCHOMIG (Warden),         )
                                    )
16             Respondent.          )
17  _____)
18      IT IS ADJUDGED that the petition for writ of habeas corpus is
19  denied and the action dismissed with prejudice.
20
21  DATED:   June 7, 2011
22                                  _____
                                            PERCY ANDERSON
23                                     United States District Judge
24
25
26
27
28
```